B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Pandi, Steve** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3663** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6940 W. Voltaire Avenue**<br>**Peoria, AZ**<br>ZIP Code **85381** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pandi, Steve** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Allen D. Butler     July 2, 2015 <br> Signature of Attorney for Debtor(s)     (Date) <br> **Allen D. Butler 005392** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pandi, Steve** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Steve Pandi**
Signature of Debtor **Steve Pandi**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 2, 2015**
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X /s/ Allen D. Butler**
Signature of Attorney for Debtor(s)

**Allen D. Butler 005392**
Printed Name of Attorney for Debtor(s)

**Allen D, Butler, Esq.**
Firm Name

**406 E. Southern**
**Tempe, AZ 85282**

_____
Address

**Email: abutler@legalaz.com**
**480-921-0626 Fax: 480-967-5075**
Telephone Number

**July 2, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Arizona

In re **Steve Pandi**  
                  Debtor(s)

Case No. _____  
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Steve Pandi**
                              **Steve Pandi**

Date:   **July 2, 2015**

Certificate Number: 00437-AZ-CC-025812245



00437-AZ-CC-025812245

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 2, 2015</u>, at <u>7:51</u> o'clock <u>AM MDT</u>, <u>STEVE PANDI</u> received from <u>Black Hills Children's Ranch, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 2, 2015</u>　　　　　　　By: <u>/s/Flora Aracely Arredondo</u>

　　　　　　　　　　　　　　　　　Name: <u>Flora Aracely Arredondo</u>

　　　　　　　　　　　　　　　　　Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **Steve Pandi**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| America's Servicing Co. obo Wells Fargo Home Mortgage P.O. Box 10328 Des Moines, IA 50306 | America's Servicing Co. obo Wells Fargo Home Mortgage P.O. Box 10328 Des Moines, IA 50306 | Location: 6940 W. Voltaire Avenue, Peoria AZ 85381 | | 400,692.00 (300,000.00 secured) |
| Avalon Risk Management re: US Customs & Border protection 150 Northwest Point Blvd Elk Grove Village, IL 60007 | Avalon Risk Management re: US Customs & Border protection 150 Northwest Point Blvd Elk Grove Village, IL 60007 | business debt for noticing purposes only | | 23,637.18 |
| BMW Financial Services P.O. Box 3608 Dublin, OH 43016 | BMW Financial Services P.O. Box 3608 Dublin, OH 43016 | car #3 Location: 6940 W. Voltaire Avenue, Peoria AZ 85381 | | 25,765.00 (0.00 secured) |
| BMW Financial Services P.O. Box 3608 Dublin, OH 43016 | BMW Financial Services P.O. Box 3608 Dublin, OH 43016 | car #2 Location: 6940 W. Voltaire Avenue, Peoria AZ 85381 | | 10,367.00 (0.00 secured) |
| BMW Financial Services P.O. Box 3608 Dublin, OH 43016 | BMW Financial Services P.O. Box 3608 Dublin, OH 43016 | Car #1 Location: 6940 W. Voltaire Avenue, Peoria AZ 85381 | | 45,627.00 (0.00 secured) |
| Caine & Weiner 21210 Erwin Street Woodland Hills, CA 91367 | Caine & Weiner 21210 Erwin Street Woodland Hills, CA 91367 | attorney for U Line business debt for noticing purposes only | | 5,968.21 |
| Cash-1 2415 E. Thomas Road Phoenix, AZ 85016 | Cash-1 2415 E. Thomas Road Phoenix, AZ 85016 | Title loans | | 12,000.00 |
| DHL 1210 S. Pine Island Rd, 4th Floor Fort Lauderdale, FL 33324 | DHL 1210 S. Pine Island Rd, 4th Floor Fort Lauderdale, FL 33324 | business debt for noticing purposes only | | 87,693.18 |
| Fedex 3875 Airways, Module H3, Dept 4634 Memphis, TN 38116 | Fedex 3875 Airways, Module H3, Dept 4634 Memphis, TN 38116 | business debt for noticing purposes only | | 82,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Steve Pandi**  
            Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Gurstel Chargo PA obo Mattel** 9320 E. Raintree Drive Scottsdale, AZ 85260 | **Gurstel Chargo PA obo Mattel** 9320 E. Raintree Drive Scottsdale, AZ 85260 | collection attorney business debt for noticing purposes only | | 30,000.00 |
| **Hammerman & Hultgren, PC obo PAWS** 3101 N. Central Avenue, Suite 500 Phoenix, AZ 85012 | **Hammerman & Hultgren, PC obo PAWS** 3101 N. Central Avenue, Suite 500 Phoenix, AZ 85012 | collection attorney business debt for noticing purposes only | | 10,000.00 |
| **Hammerman & Hultgren, PC** 3101 N. Central Avenue, Suite 500 Phoenix, AZ 85012 | **Hammerman & Hultgren, PC** 3101 N. Central Avenue, Suite 500 Phoenix, AZ 85012 | attorney for National Cine Media business debt for noticing purposes only | | 63,446.11 |
| **Hammerman & Hultgren, PC obo UPS** 3101 N. Central Avenue, Suite 500 Phoenix, AZ 85012 | **Hammerman & Hultgren, PC obo UPS** 3101 N. Central Avenue, Suite 500 Phoenix, AZ 85012 | collection attorney business debt for noticing purposes only | | 63,000.00 |
| **IRS Special Services** P.O. Box 7346 Philadelphia, PA 19101-7346 | **IRS Special Services** P.O. Box 7346 Philadelphia, PA 19101-7346 | tax lien filed | | 740,000.00 |
| **Merchant Capital Services, LLC** 2120 Main Street, Suite #220 Huntington Beach, CA 92648 | **Merchant Capital Services, LLC** 2120 Main Street, Suite #220 Huntington Beach, CA 92648 | business debt for noticing purposes only | | 73,100.00 |
| **Namco Bandai Games** Attn: Matthew Datum 1740 Technology Drive, Suite 600 San Jose, CA 95110 | **Namco Bandai Games** Attn: Matthew Datum 1740 Technology Drive, Suite 600 San Jose, CA 95110 | business debt for noticing purposes only | | 8,500.00 |
| **National Cinemedia** 9110 E. Nichols Ave., Suite 200 Englewood, CO 80112 | **National Cinemedia** 9110 E. Nichols Ave., Suite 200 Englewood, CO 80112 | business debt for noticing purposes only | | 60,000.00 |
| **RLS Capital** 4350 E. Camelback Road Phoenix, AZ 85018 | **RLS Capital** 4350 E. Camelback Road Phoenix, AZ 85018 | 21229 N. 82nd Avenue, Glendale, AZ | | 328,000.00 (300,000.00 secured) |
| **Ross Family Holdings, LLC** c/o Clark Hill, PLC 14850 N. Scottsdale Road, Suite 500 Scottsdale, AZ 85254 | **Ross Family Holdings, LLC** c/o Clark Hill, PLC 14850 N. Scottsdale Road, Suite 500 Scottsdale, AZ 85254 | business debt for noticing purposes only | | 375,000.00 |
| **Unishippers** 2855 W. Beck Lane Chino Valley, AZ 86323 | **Unishippers** 2855 W. Beck Lane Chino Valley, AZ 86323 | business debt for noticing purposes only | | 36,000.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Steve Pandi**                                             Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, **Steve Pandi**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 2, 2015**　　　　　　　　　　Signature **/s/ Steve Pandi**
　　　　　　　　　　　　　　　　　　　　　　　　　**Steve Pandi**
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Pandi, Steve -

ACCOUNTS RECEIVABLES TECHNOLOGIES
ONE WOODBRIDGE CENTER, SUITE 410
WOODBRIDGE NJ 07095-1304


ADT SECURITY SERVICES
P.O. BOX 650485
DALLAS TX 75265-0485


AIKEN SCHENK ATTORNEYS
OBO FEDERAL EXPRESS
2390 E. CAMELBACK ROAD, #400
PHOENIX AZ 85016


AMERICA'S SERVICING CO.
OBO WELLS FARGO HOME MORTGAGE
P.O. BOX 10328
DES MOINES IA 50306


ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT TCS
1600 W. MONROE #710
PHOENIX AZ 85007


AVALON RISK MANAGEMENT
RE: US CUSTOMS & BORDER PROTECTION
150 NORTHWEST POINT BLVD
ELK GROVE VILLAGE IL 60007


BLANEY MCMURTRY, LLP
2 QUEEN STREET EAST, SUITE 1500
TORONTO, ONTARIO M5C-3G5


BMW FINANCIAL SERVICES
P.O. BOX 3608
DUBLIN OH 43016


BRENNAN AND CLARK
OBO PAYCHEX
721 E. MADISON STREET
VILLA PARK IL 60181


CAINE & WEINER
21210 ERWIN STREET
WOODLAND HILLS CA 91367

Pandi, Steve -

CASH-1
2415 E. THOMAS ROAD
PHOENIX AZ 85016

DHL
1210 S. PINE ISLAND RD, 4TH FLOOR
FORT LAUDERDALE FL 33324

ENTREPENEUR OPPORTUNITY FUND I, LP
C/O CLARK HILL, PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE AZ 85254

ENTREPENEUR OPPORTUNITY FUND I, LP
5725 N. SCOTTSDALE ROAD, C-195
SCOTTSDALE AZ 85250

FEDEX
3875 AIRWAYS, MODULE H3, DEPT 4634
MEMPHIS TN 38116

FOCUS RECEIVABLES MANAGEMENT
1130 NORTH CHASE PARKWAY, #150
MARIETTA GA 30067

GEORGE PANDI
1 SOMERSET CRES
RICHMOND HILL, ONTARIO, CANADA
L4C 8N2

GURSTEL CHARGO PA
OBO MATTEL
9320 E. RAINTREE DRIVE
SCOTTSDALE AZ 85260

HAMMERMAN & HULTGREN, PC
3101 N. CENTRAL AVENUE, SUITE 500
PHOENIX AZ 85012

HAMMERMAN & HULTGREN, PC
OBO UPS
3101 N. CENTRAL AVENUE, SUITE 500
PHOENIX AZ 85012

Pandi, Steve -


HAMMERMAN & HULTGREN, PC
OBO PAWS
3101 N. CENTRAL AVENUE, SUITE 500
PHOENIX AZ 85012


HODGSON AND RUSS
RE: INFRINGEMENT MATTER
140 PEARL STREET, SUITE 100
BUFFALO NY 14202


HODGSON AND RUSS
RE: IMMIGRATION MATTER
140 PEARL STREET, SUITE 100
BUFFALO NY 14202


HODGSON AND RUSS
RE: IT'S A FOOTED THING
140 PEARL STREET, SUITE 100
BUFFALO NY 14202


HODGSON AND RUSS
RE: ASC & DESIGN
140 PEARL STREET, SUITE 100
BUFFALO NY 14202


IRS SPECIAL SERVICES
P.O. BOX 7346
PHILADELPHIA PA 19101-7346


KANA MIYAMOTO


KING FEATURES LICENSING
A UNIT OF HEARST CORPORATION
300 W. 57TH STREET
NEW YORK NY 10019-5238


MARICOPA COUNTY
DIVISION OF COUNTY COUNSEL
222 N. CENTRAL, #1100
PHOENIX AZ 85003


MERCHANT CAPITAL SERVICES, LLC
2120 MAIN STREET, SUITE #220
HUNTINGTON BEACH CA 92648

Pandi, Steve -


MONITRONICS FUNDING
DEPARTMENT CH 8628
PALATINE IL 60055-8628


NAMCO BANDAI GAMES
ATTN: MATTHEW DATUM
1740 TECHNOLOGY DRIVE, SUITE 600
SAN JOSE CA 95110


NATIONAL CINEMEDIA
9110 E. NICHOLS AVE., SUITE 200
ENGLEWOOD CO 80112


NATIONWIDE CREDIT INC.
2002 SUMMIT BLVD, STE 600
ATLANTA GA 30319


PROGRESSIVE FINANCIAL SERVICES
P.O. BOX 22083
TEMPE AZ 85285


RLS CAPITAL
4350 E. CAMELBACK ROAD
PHOENIX AZ 85018


RMS
4836 BRECKSVILLE ROAD
P.O. BOX 523
RICHFIELD OH 44286


ROSS FAMILY HOLDINGS, LLC
C/O CLARK HILL, PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE AZ 85254


SAMT 2009, LLC
C/O CLARK HILL, PLC
14850 N. SCOTTSDALE ROAD, SUITE 500
SCOTTSDALE AZ 85254


SYNTER RESOURCE GROUP
OBO UPS SUPPLY CHAIN
5935 RIVERS AVENUE, SUITE 102
CHARLESTON SC 29406

Pandi, Steve -

TOM PANDI
1 SOMERSET CRES
RICHMOND HILL, ONTARIO, CANADA
L4C 8N2

TRANSWORLD SYSTEMS INC
2235 MERCURY WAY, SUITE 275
SANTA ROSA CA 95407

TRANSWORLD SYSTEMS INC
507 PRUDENTIAL RD
HORSHAM PA 19044

UNISHIPPERS
2855 W. BECK LANE
CHINO VALLEY AZ 86323

US LOAN SERVICING
9670 W. TROPICANA AVENUE, SUITE 100
LAS VEGAS NV 89147

VERIZON WIRELESS
P.O. BOX 49
LAKELAND FL 33802